

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-19-00326-CV

## IN RE MADELEINE GALLAGHER

_____

## Original Proceeding

_____

## MEMORANDUM  OPINION

Relator's Petition for Writ of Mandamus is denied.


REX D. DAVIS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Neill
Petition denied
Opinion delivered and filed October 30, 2019
[OT06]

